**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LEONARDO ERNESTO SJOGREEN-FORBES, et als.,<br>Defendants. | Cr. No. 97-025 (PG) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW**
**AS ATTORNEY OF RECORD**

**TO THE HONORABLE COURT:**

COMES NOW the **UNITED STATES OF AMERICA**, by and through the undersigned attorneys and very respectfully states and prays as follows:

1. It is respectfully requested from this Honorable Court that attorney Sonia I. Torres be withdrawn from the above captioned case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of attorney Sonia I. Torres from the above captioned case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of May, 2007.

*s/Sonia I. Torres*
Sonia I. Torres
USDC-PR No. 209310
McConnell Valdés
PO Box 364225
San Juan, PR  00936-4225
Tel. 787-250-2628

United States of America's Motion to Withdraw.../
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*s/Sonia I. Torres*
Sonia I. Torres
USDC-PR No. 209310